1

2

3

4                                  UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7    DEPLOY HR, INC.,                              Case No. 19-cv-06061-WHO

8                    Plaintiff,
                                                   **ORDER TO SHOW CAUSE**
9            v.

10   PEI STAFFING, LLC,

11                   Defendant.

12           Defendant PEI Staffing, Inc. is ORDERED TO SHOW CAUSE for its failure or inability

13   to secure new counsel to defend the claims against it and prosecute its counter-claims in this

14   action.

15           On or before **August 22, 2022** PEI Staffing, Inc. shall make an appearance through new

16   counsel and explain the delays in its participation in this action.  Failure to appear through new

17   counsel on or before **August 22, 2022**, absent good cause shown to the Court before that date,

18   may cause the Court to strike PEI Staffing, Inc.'s answer and counter-claims in this case.  Default

19   judgment may then be entered in favor of plaintiff and PEI Staffing, Inc.'s counterclaims will be

20   dismissed for failure to prosecute.  *See* Federal Rule of Civil Procedure 41(b).

21           **IT IS SO ORDERED.**

22   Dated: July 22, 2022

23

24

25                                                 William H. Orrick
                                                   United States District Judge
26

27

28

United States District Court
Northern District of California