UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYCHEX ADVANCE LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>DEPLOY HR, INC.,<br><br>   Defendant. | Case Nos. 21-cv-04685-WHO<br>      19-cv-06061-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 95 in 21-cv-4685 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that these cases are dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 16, 2023

_____
WILLIAM H. ORRICK
United States District Judge